## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

|  |  |
|---|---|
| PAUL JONES,<br><br>    Plaintiff,<br><br>v.<br><br>BRINKER RESTAURANT CORPORATION D/B/A CHILI'S AND BUBBA'S HOLDINGS LLC D/B/A BUBBA'S 33,<br><br>    Defendants. | Case No. 3:24-cv-30078-KAR |

### JOINT CONSENT MOTION FOR LEAVE TO APPEAR REMOTELY AT SCHEDULING CONFERENCE

All parties together hereby move the Court for leave to appear remotely at the Scheduling Conference set for August 27, 2024. The parties state as follows in support.

1. On July 19, 2024, the Court set a Scheduling Conference for August 27, 2024. ECF 14.

2. The Court's docket entry states that the Scheduling Conference shall be in-person unless the parties move for leave to appear remotely. *Id.*

3. Counsel for some of the parties do not practice locally within this district.

4. The parties seek to minimize litigation costs where feasible, such as by reducing travel costs, and respectfully request that the Court grant leave to appear remotely at the August 27 Scheduling Conference.

5. All parties have conferred, expressed consent to this motion, and join together in filing this motion with the Court. No party will be prejudiced.

Dated: August 7, 2024                                                  Respectfully submitted,

<u>/s/ Paul Jones (with permission)</u>                    <u>/s/ E. Keith Emanuel</u>
Paul Jones                                                             E. Keith Emanuel (*admitted pro hac vice*)
79 Thompson Street                                              WATSTEIN TEREPKA, LLP
Springfield, Massachusetts 01109                        1055 Howell Mill Road, 8th Floor
Telephone: (617) 939-5417                                  Atlanta, Georgia 30318
Email: pj22765@gmail.com                                Telephone: (404) 905-2416
                                                                               Email: kemanuel@wtlaw.com
*Pro Se Plaintiff*
                                                                               James F. Radke, BBO #667299
                                                                               MURTHA CULLINA LLP
                                                                               33 Arch Street, 12th Floor
                                                                               Boston, Massachusetts 02110
                                                                               Phone: (617) 457-4130
                                                                               Email: jradke@murthalaw.com

                                                                               *Attorneys for Defendant Brinker Restaurant Corporation*

<u>/s/ Stephen P. Cooney (with permission)</u>
Stephen P. Cooney, BBO #655841
HIGGINS, CAVANAGH & COONEY LLP
470 Atlantic Avenue, Suite 400
Boston, Massachusetts 02210
Telephone: (617) 273-8230
Facsimile: (617) 273-8001

10 Dorrance Street, Suite 400
Providence, Rhode Island 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
Email: scooney@hcc-law.com

*Attorneys for Defendant Bubba Holdings LLC*

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendant Brinker Restaurant Corporation has conferred with Plaintiff Paul Jones and counsel for Defendant Bubba's Holdings, LLC regarding this motion. Both stated their agreement to it and wished to join in full.

> /s/ E. Keith Emanuel
> E. Keith Emanuel

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system and will serve via email on all counsel of record and as follows:

Paul Jones
79 Thompson Street
Springfield, Massachusetts 01109
Pj22765@gmail.com

> /s/ E. Keith Emanuel
> E. Keith Emanuel

3