UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

PAUL JONES,

        Plaintiff,

v.

BRINKER RESTAURANT CORPORATION D/B/A CHILI'S AND BUBBA'S HOLDINGS LLC D/B/A BUBBA'S 33,

        Defendants.

Case No. 3:24-cv-30078-MGM

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY PLAINTIFF PAUL JONES AND DEFENDANT BRINKER RESTAURANT CORPORATION**

Plaintiff Paul Jones and Defendant Brinker Restaurant Corporation, doing business as Chili's ("Brinker"), hereby stipulate and agree, that all claims against Brinker in the above-referenced case, are dismissed with prejudice. Each party will bear its own fees and costs.

Respectfully submitted September 13, 2024,

/s/ Paul Jones (with permission)
Paul Jones
79 Thompson Street
Springfield, Massachusetts 01109
Telephone: (617) 939-5417
Email: pj22765@gmail.com

*Pro Se Plaintiff*

/s/ E. Keith Emanuel
E. Keith Emanuel (*admitted pro hac vice*)
WATSTEIN TEREPKA, LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Telephone: (404) 905-2416
Email: kemanuel@wtlaw.com

James F. Radke, BBO #667299
MURTHA CULLINA LLP
33 Arch Street, 12th Floor
Boston, Massachusetts 02110
Phone: (617) 457-4130
Email: jradke@murthalaw.com

*Attorneys for Defendant Brinker*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of September 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves all counsel of record, and will serve via email on Plaintiff as follows:

Paul Jones<br>
79 Thompson Street<br>
Springfield, Massachusetts 01109<br>
Pj22765@gmail.com

                                              */s/ E. Keith Emanuel*
                                              E. Keith Emanuel